UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:12-CR-9 |
| | ) | |
| JEFF DOCKERY | ) | |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on June 5, 2012, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1)  AUSA Kent Anderson for the USA.
(2)  The defendant, Jeff Dockery.
(3)  Attorney Anthony Martinez for defendant.
(4)  U.S. Probation Officer Kevin Matherly.
(5)  Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The government and counsel for defendant asked the court to allow the hearing to be continued to allow defendant to participate in a residential drug treatment program. The Court therefore ORDERED the defendant participate in the residential drug treatment program which is scheduled to begin on June 6, 2012. Defendant is to return to Court on Tuesday, July 10, 2012, at 2:00 pm for a hearing on the Petition for Action on Conditions of Pretrial Release.

SO ORDERED.

ENTER.

S /William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE